In the Matter of the General Assignment for the Benefit of Creditors of the JENKINS CORPORATION, Assignor, to CHARLES A. COHEN, Assignee, Respondent. BRYANT PARK BANK, Claimant, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Appellant; v. AMSTERDAM BUILDING COMPANY, INC., Defendant, Impleaded with D. C. SERBER, INC.,

Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.